IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHRIS MONET,

        Plaintiff,

v.

CHASE HOME FINANCE LLC and DOES 1 through 30,

        Defendants.

No. C 10-00135 RS

**ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE**

Defendant Chase Home Financial has requested leave to appear telephonically at the motion hearing scheduled for March 25, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA. The request is denied.

IT IS SO ORDERED.

Dated: 03/09/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT NOTICE OF THIS DOCUMENT WAS ELECTRONICALLY PROVIDED TO:**

Sung-Min Christopher Yoo cyoo@adorno.com
John M. Sorich jsorich@adorno.com, vdelgado@asands.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Chris Monet
POB 67365
Scotts Valley, CA 95067

Dated: 03/09/2010  /s/ Chambers Staff
Chambers of Judge Richard Seeborg