*E-Filed 03/09/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MONET,<br><br>   Plaintiff,<br> v.<br><br>CHASE HOME FINANCE LLC and DOES 1 through 30,<br><br>   Defendants.<br>_____/ | No. C 10-00135 RS<br><br>**ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE** |

  Defendant Chase Home Financial has requested leave to appear telephonically at the motion hearing scheduled for March 25, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA.  The request is denied.

  IT IS SO ORDERED.

Dated: 03/09/2010

                /s/ Richard Seeborg
                RICHARD SEEBORG
                UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT NOTICE OF THIS DOCUMENT WAS ELECTRONICALLY PROVIDED TO:**

Sung-Min Christopher Yoo          cyoo@adorno.com
John M. Sorich                    jsorich@adorno.com, vdelgado@asands.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Chris Monet
POB 67365
Scotts Valley, CA 95067

Dated: 03/09/2010                 /s/ Chambers Staff
                                  Chambers of Judge Richard Seeborg

No. C 10-00135 RS
ORDER

2