**\*E-Filed 04/22/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MONET,<br><br>  Plaintiff,<br>  v.<br><br>CHASE HOME FINANCE, LLC, and DOES 1 through 30,<br>  Defendants.<br>_____/ | No. C 10-00135 RS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

In an order dated March 26, 2010, the Court ruled on defendant Chase Home Finance, LLC ("Chase")'s motion to dismiss the first amended complaint filed by plaintiff Chris Monet, *pro se*. The order denied the motion to dismiss with respect to Monet's breach of contract and RESPA claims. As to Monet's claims for unjust enrichment and injunctive relief, the motion to dismiss was granted, but Monet was afforded leave to amend.

Monet has now filed his proposed second amended complaint and requests leave to amend. No further permission to amend is necessary, and Monet's second amended complaint is hereby deemed timely filed as of April 21, 2010.

The hearing on Monet's motion for leave to amend, currently scheduled for **June 3, 2010**, is hereby vacated. The Case Management Conference scheduled for the same date is still on calendar, and the parties are reminded that separate joint case management statements are due no later than

1  **May 28, 2010**.  Please refer to the standing order entitled "Contents of Joint Case Management
2  Statement" for guidance in preparing the statement.  A copy of the standing order may be found
3  appended to the Court's initial scheduling order in this case (docket entry 3).
4
5       IT IS SO ORDERED.
6
7  Dated: 04/22/2010
8                  RICHARD SEEBORG
                UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California