UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CHRIS MONET, | ) | Case No.: 10-CV-00135-LHK |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| v. | ) | |
| | ) | |
| CHASE HOME FINANCE LLC, and | ) | |
| DOES 1 through 30, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

At the previous Case Management Conference on January 5, 2011, the Court ordered Defendant to produce certain documents by February 4, 2011; to produce the original note and deed of trust for inspection by Plaintiff by February 4, 2011; and to depose Plaintiff on February 17, 2011. At the Case Management Conference held on May 4, 2011, it was apparent that Defendant failed to comply with the January 5, 2011 Order.

Accordingly, Defendant Chase Home Finance, LLC, and Defendant's counsel Christopher Yoo are hereby ordered to show cause why they should not be sanctioned for failure to comply with a court order. By May 6, 2011, Defendant shall file a response to the Order to Show Cause, and Plaintiff shall file a response providing documentation of his communications with Defendant regarding the reschedulings of his deposition and the inspection of documents. The Court will hold a hearing on the Order to Show Cause on Wednesday, May 11, 2011, at 2 p.m.

**IT IS SO ORDERED.**

Dated: May 4, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-00135-LHK
ORDER TO SHOW CAUSE

United States District Court
For the Northern District of California