**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MONET,<br><br>        Plaintiff,<br>v.<br><br>CHASE HOME FINANCE LLC, and<br>DOES 1 through 30,<br><br>        Defendant. | Case No.: 10-CV-00135-LHK<br><br>ORDER DENYING REQUEST TO<br>APPEAR TELEPHONICALLY |

    Defendant's request to appear telephonically at the May 11, 2011 hearing on the Order to Show Cause is DENIED.

**IT IS SO ORDERED.**

Dated: May 9, 2011

                                        _____
                                        LUCY H. KOH
                                        United States District Judge