United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CHRIS MONET, | ) | Case No.: 10-CV-00135-LHK |
|---|---|---|
| Plaintiff, | ) | ORDER DENYING MOTION TO FILE UNDER SEAL; REQUIRING REDACTIONS |
| v. | ) | |
| CHASE HOME FINANCE LLC, and DOES 1 through 30, | ) | |
| Defendant. | ) | |

17  At the hearing held on May 11, 2011, the Court expressed concern that the documents filed

18  by Defendant Chase Home Finance, LLC as Docket No. 51 contained information possibly

19  required to be redacted, such as a taxpayer ID number, account number, or other personal

20  information.  Accordingly, the Court ordered Defendant to file a redacted version of the documents

21  by May 13, 2011.  Instead, Defendant filed a motion seeking to seal all of the documents submitted

22  as Docket No. 51 in their entirety.

23  The Local Rules of this Court require that all requests to file under seal be "narrowly

24  tailored to seek sealing only of sealable material."  Civ. L.R. 79-5(a).  Defendant's request to seal

25  all of Docket No. 51 does not comply with this rule.  Accordingly, Defendant's motion to seal is

26  denied without prejudice.  In order to protect Plaintiff, the Court will temporarily restrict public

27  access to Docket No. 51.  However, Defendant must file a renewed motion to seal that includes a

28

1

1  redacted version of the documents and complies with Civil Local Rule 79-5(c) by May 27, 2011.

2  **IT IS SO ORDERED.**

4  Dated: May 19, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-00135-LHK
ORDER DENYING MOTION TO FILE UNDER SEAL; REQUIRING REDACTIONS