UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MONET,<br><br>    Plaintiff,<br>v.<br><br>CHASE HOME FINANCE LLC, and DOES 1 through 30,<br><br>    Defendant. | Case No.: 10-CV-00135-LHK<br><br>ORDER GRANTING MOTION TO SEAL |

Pursuant to the Court's prior order, Defendant has filed a motion to seal portions of Docket No. 51, "Document Production in Response to Court's Order Issued on May 4, 2011" and accompanying exhibits. The Court finds that Defendant's request is "narrowly tailored to seek sealing only of sealable material," Civ. L.R. 79-5(a), and that there is good cause to seal the account information contained in Defendant's filing. Accordingly, the Court GRANTS Defendant's motion to seal. The Court will seal the documents previously submitted as Docket No. 51. Defendant must file the newly redacted version of these documents for public access on ECF by June 10, 2011. Defendant need not file additional chambers copies.

**IT IS SO ORDERED.**

Dated: June 6, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-00135-LHK
ORDER GRANTING MOTION TO SEAL