**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS MONET, | Case No.: 10-CV-00135-LHK |
|         Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| CHASE HOME FINANCE LLC, and DOES 1-30, | |
|         Defendants. | |

On October 14, 2011, Plaintiff dismissed with prejudice all claims against the only known defendant in this case, Chase Home Finance LLC. ECF No. 90. The Court then ordered Plaintiff to clarify whether he wished to dismiss any remaining claims against Doe defendants. Plaintiff responded that because there are no Doe defendants named in this case, "dismissal is not necessary." ECF No. 92. However, once an action is filed, it remains pending until dismissed by one of the parties or the Court. *See* Fed. R. Civ. P. 41. The Court will construe Plaintiff's response as a motion to dismiss any remaining claims, and hereby orders this case in its entirety DISMISSED WITH PREJUDICE. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 17, 2011

_____
LUCY H. KOH
United States District Judge